# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

## INSTRUCTIONS FOR ATTORNEY APPLICATION FOR ADMISSION TO PRACTICE

**I.     GENERAL ADMISSION: See LR 83.5**

A.  **Application.**  Completed application signed by applicant and movant who is a member of the Bar of this court.

B.  **Electronic Filing Registration.**  Completed registration signed by attorney.  Electronic notification is required in the Southern District of Alabama unless otherwise ordered by the court.  Electronic filing will be mandatory September 1, 2004.  Register online at www.alsd.uscourts.gov.

C.  **Personal Appearance.**  Appearances must be made by both the applicant and movant before a judge of this Court for swearing-in purposes. (Unless admission by mail is available see paragraph F, below.)

D.  **Admission Fee:**  The admission fee is $200.00. Checks should be made payable to "Clerk, U. S. District Court". A check or money order for the amount of the fee must accompany the Application.

E.  **Time and Date of Regularly Scheduled Admissions.**  Local attorneys requesting admission to the Bar of this court will be admitted monthly at a time to be determined by the chambers of Chief Judge William H. Steele. Applications must be filed in the Clerk's Office not later than the day before the scheduled admission ceremony.

F.  **Admission During the Course of Regularly Scheduled Proceedings.**  Attorneys residing outside of Mobile County who have met the admission requirements will be admitted if possible on the date of their appearance before the court for hearings or other proceedings. If you wish to be admitted during the course of a regularly scheduled event, you must advise the Clerk's Office of your request so that we can coordinate the admission with the Judges' schedules in advance.

G.  **Admission by Mail:**  Attorneys who are members of the Alabama Bar and who have been admitted to the U. S. District Court for either the Northern District of Alabama or the Middle District of Alabama do not have to appear before the court and take a second oath. In order to be admitted by mail send to the Clerk's Office an original Certificate of Good Standing issued within the last 30 days from the other Alabama federal court to which you are admitted, along with the completed application form (with applicant and movant signatures), and the $200.00 admission fee. You must still have an attorney who is a member of the bar of this Court move for your admission.

**II.    *PRO HAC VICE* ADMISSIONS. See LR 83.5 (b)(c).**

A.  **Motion.**  In addition to completing this application, a written Motion for Admission *Pro Hac Vice* or Motion for Admission of Non-Resident Attorney filed by the attorney must be filed in the case in which the attorney is seeking pro hac admission.

B.  **Application.**  Application for Admission to Practice and Electronic Case Filing Registration completed and signed by applicant. NOTE: NO MOVANT SIGNATURE IS REQUIRED FOR ATTORNEYS APPLYING FOR ADMISSION *PRO HAC VICE*.

C.  **Certificate of Good Standing.**  An original Certificate of Good Standing issued within the last 30 days from Federal Court located within the district, or highest court in the state, wherein applicant resides and/or regularly practices law.  **If counsel is admitted to practice before a Federal Court, this Court requires a certificate of good standing from that federal court.**

D.  **Fee.**  A $50.00 fee must accompany a request for *pro hac vice* admission.

**III.   OUT-OF-STATE ATTORNEYS:**

Attorneys residing outside the State of Alabama may be generally admitted to practice before the United States District Court for the Southern District of Alabama only if they are members in good standing of the Alabama Bar, otherwise they may only be admitted *pro hac vice*.

**Make checks payable to and send completed package to:**     **Clerk, U.S. District Court**
                                                               **Southern District of Alabama**
                                                               **113 St. Joseph St., Room 123**
                                                               **Mobile, AL 36602**

*Rev. 4/2014*

**APPLICATION FOR ADMISSION TO PRACTICE**

The undersigned attorney hereby applies for admission to practice before the United States District Court for the Southern District of Alabama (check one) _____ Generally, or _____ *Pro Hac Vice* and submits the following:

1. **State:**

    **(a) Full name:**

    **(b) Present business address:**

    **(c) Office telephone number and fax number:**

    **(d) Name of your firm, company or agency:**

2. **State the law school(s) you have attended, specifying the dates and the degrees(s) you have received:**

3. **(a) Are you a member in good standing of the bar of the Supreme Court of Alabama?**

    **(b) If so, state the month and year you were admitted:**

    **(c) Are you a member in good standing of the bar of any other state's highest court?**

    **(d) If so, name the state(s) and the month and year you were admitted:**

4. **Name the federal courts, if any, to which you are presently admitted to practice, and are in good standing:**

5. **Are you regularly engaged in the practice of law in the State of Alabama?**

6. **(a) Have you ever sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis?**

    **(b) If so, describe fully the circumstances:**

7. **(a) Do you presently have pending against you any disciplinary charges by any court or bar association?**

    **(b) If so, describe fully the circumstances:**

8. **(a) Have you ever been cited for contempt by any federal or state court ?**

    **(b) If so, describe fully the circumstances:**

*Rev. 4/2014*

9.     (a) Have you ever been disbarred or suspended from practice or in any other way disciplined in any federal or state appellate or trial court?

    (b) If so, describe fully the circumstances:

10. Do you understand the Code of Professional Responsibility of the Alabama State Bar, as amended to date, and do you agree to comport yourself in accordance with it in connection with your practice in this Court?

11. Do you agree to read and abide by the Local Rules of the United States District Court for the Southern District of Alabama, and to familiarize yourself therewith prior to filing any case and/or pleadings or appearing before this Court, and to familiarize yourself with the Standing Orders of this Court and the Administrative Rules for Electronic Filing?

    (The Standing Orders of this Court and Administrative Rules for Electronic Filing are available for your review in the Clerk's Office or on the web at **(www.alsd.uscourts.gov/.)**

12. I declare under penalty of perjury that the foregoing is true and correct.

        _____
        **Applicant**

        **Date:**_____

**Oath of Admission:**

    **I DO SOLEMNLY SWEAR (OR AFFIRM) THAT I WILL DEMEAN MY SELF AS AN ATTORNEY, ACCORDING TO THE BEST OF MY LEARNING AND ABILITY, AND WITH ALL GOOD FIDELITY, AS WELL TO THE COURT AS TO THE CLIENT; THAT I WILL USE NO FALSEHOOD OR DELAY ANY PERSON'S CAUSE FOR LUCRE OR MALICE, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE STATE OF ALABAMA AND OF THE UNITED STATES, SO LONG AS I CONTINUE A CITIZEN THEREOF, SO HELP ME GOD.**

        _____
        **Signature of Attorney**

# MOTION FOR GENERAL ADMISSION
(Not required for Pro Hac Vice admission)

*The undersigned _____, a member of the bar of the United States District Court for the Southern District of Alabama, hereby moves that the foregoing applicant be admitted to practice as an attorney of this Court this _____ day of _____, 20_____.

        _____
        **Signature of Movant**

***NOTE: MOVANT MUST APPEAR WITH APPLICANT AT TIME OF ADMISSION.**

*Rev. 4/2014*