IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ELIZABETH BLEVINS,** *et al.,* | : |
| | : |
|     **Plaintiffs,** | : |
| | : |
| vs. | : CIVIL ACTION NO. 15-00120-CG-B |
| | : |
| **SEYDI VAKKAS AKSUT,** *et al.,* | : |
| | : |
|     **Defendants.** | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiffs' Motion to Remand be **denied**, that Defendants' Motions to Dismiss be **granted** as to Plaintiffs' RICO claims, and that this Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state-law claims and thus dismisses the claims without prejudice.

    **DONE** and **ORDERED** this 28th day of March, 2016.

                    /s/   Callie V. S. Granade
                    SENIOR UNITED STATES DISTRICT JUDGE