IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH BLEVINS, *et al.*, | : |
| | : |
|    Plaintiffs, | : |
| | : |
| vs. | : CIVIL ACTION NO. 15-00120-CG-B |
| | : |
| SEYDI VAKKAS AKSUT, *et al.*, | : |
| | : |
|    Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiffs' Motion to Remand is **DENIED**, that Defendants' Motions to Dismiss are **GRANTED** as to Plaintiffs' RICO claims, and that this Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state-law claims and thus dismisses the claims without prejudice.

**DONE** and **ORDERED** this 28th day of March, 2016.

                       /s/ Callie V. S. Granade
                       SENIOR UNITED STATES DISTRICT JUDGE