# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| ELIZABETH BLEVINS, et al., | ) |
|---|---|
| Plaintiffs, | ) |
| vs. | ) CIVIL ACTION NO. 15-0120-CG-B |
| SEYDI VAKKAS AKSUT, et al., | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 17, 2017 (Doc. 222) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiffs' motion for leave to substitute personal representatives is **GRANTED** as to the Plaintiff Ruby Mae Kinney (Doc. 163), and **DENIED** as to all other deceased individuals listed in the motions at issue (Docs. 155, 162, 164).

Therefore, Jeanette Curry as the personal representative of the Estate of Ruby Mae Kinney, is substituted as a plaintiff in place of Ruby Mae Kinney.

The claims made by the deceased individuals named in the complaint as set forth below are **DISMISSED**:

(1) Beal, Lucille (Doc. 1-1 at ¶ 139; Doc. 155);
(2) Blunt, Roy (Doc. 1-1 at ¶ 6; Doc. 155);
(3) Brown, Marvin Burnett(Doc. 1-1 at ¶ 14; Doc. 162);
(4) Burrell, Abraham (Doc. 1-1 ¶ 9);

(5) Chandler, Mary (Doc. 1-1 ¶ 67);
(6) Clay, Netta Jean (Doc. 1-1 ¶ 113);
(7) Custer, Sidney (Doc. 1-1 at ¶ 25; Doc. 155);
(8) Daniels, Janie Mae (Doc. 1-1 at ¶ 153; Doc. 155);
(9) Dunklin, Sr., Peter (Doc. 1-1 at ¶ 149; Doc. 155);
(10) Fails, Annie (Doc. 1-1 ¶ 31);
(11) George, Adline (presumed dead) (Doc. 1-1 ¶ 40);
(12) Gragg, Nina Mae (Doc. 1-1 at ¶ 145; Doc. 162);
(13) Hardy, Jr., Jim (Doc. 1-1 at ¶ 44; Doc. 162);
(14) Jackson, Johnnie Mae Sta[c]ks (Doc.1-1 ¶¶54, 154);
(15) Johnson, Robbie (Doc. 1-1 at ¶ 56; Doc. 155);
(16) Maul, James Curtis (Doc. 1-1 at ¶ 72; Doc. 155);
(17) Mitchell, Marie (Doc. 1-1 ¶ 165);
(18) Muse, Joseph James (Doc. 1-1 at ¶ 108; Doc. 155);
(19) Parnell, Ida (Doc. 1-1 at ¶ 93; Doc. 162);
(20) Ponds, Sr., Willie (Doc. 1-1 at ¶ 169; Doc. 155);
(21) Saffold, Walter (Doc. 1-1 ¶ 170);
(22) Shamburger, Carrie Bell (Doc. 1-1 ¶ 27);
(23) Smith, Carrie L. (Doc. 1-1 at ¶ 116; Doc. 155);
(24) Williams, Gertrude (Doc. 1-1 ¶ 124).
(25) Williams, Jr., Sam (Doc. 1-1 at ¶ 181; Doc. 155);
(26) Withers, Rodney (Doc. 1-1 at ¶ 136; Doc. 155).

**DONE and ORDERED** this 4th day of December, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE