IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| ELIZABETH BLEVINS, et al., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| vs. | ) | CIVIL ACTION NO. 15-0120-CG-B |
|  | ) |  |
| SEYDI VAKKAS AKSUT, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants Seydi Vakkas Aksut and Selma Heart Institute's Motion to Dismiss Plaintiffs' Amended More Definite Statement and Defendant Jackson Hospital & Clinic, Inc.'s, Motion to Dismiss Plaintiffs' Amended More Definite Statement (Docs. 262, 263) be **granted in part and denied in part,** as set forth in the Report and Recommendation.

Accordingly, with the exception of the fifty-five Plaintiffs included in Plaintiffs' Amended More Definite Statement,[1] the claims of all remaining Plaintiffs

---

[1] The fifty-five Plaintiffs who are not dismissed by this Order are as follows: Johnny Abrams (¶1); Timeria Baker (¶ 2); Elizabeth Blevins (¶5); Willie Blevins (¶140); Louise Boone (¶8); Bruce Boynton (¶10); Ethel Brown (¶13); Leatha Burrell (¶15); Tacia Carson(¶18); Theodore Carter (¶19); Benjamin Craig (¶22); Barbara Dawson (¶141); Willie Edwards (¶30); Rosemary Ervin (¶142); Ada C. Fullenwilder (¶36); Allen Gant (¶38); Dennis Gee (¶39); Charles Giles (¶144) ; Joseph Hall (¶147); Aaron Harrell (¶45); Charles Hatcher (¶46); Floyd Hatcher (¶47); Ethel Heard (¶48); Fannie Lee Jackson (¶52); Shirley Ann Jackson; (¶53); Thelma Johnson

in this action are **DISMISSED** for failure to prosecute and/or failure to obey an order of this Court.

      **DONE and ORDERED** this 9th day of August, 2018.

                                          /s/ Callie V. S. Granade
                                          SENIOR UNITED STATES DISTRICT JUDGE

---

(¶58); Millie Jones (¶157); Willie King (¶60); Jeannette Curry, Personal representative of Ruby Mae Kinney (¶61); Flora Lawrence (¶62); Louis Lee (¶63); Harold Lemon (¶158); Theresa Minter (¶79); Viola Mitchell (¶82); Diane Moore (¶167); Gwendolyn Moore (¶83); Johnnie Moore (¶84); Jimmy Morton, Jr. (¶168); Dorothy Oliver (¶90); Ethel Paige (¶91); Beverly Parker (¶92); Benjamin Perry (¶97); Lorenzo Peterson (¶96); Barbara Posey (¶100); Marzetta Reeves (¶103); Robert Sanders (¶107); Panzy Seltzer (¶109); Joe Robert Smith, Jr. (¶173); Mildred Tompkins (¶123); Rosalind Tyus (¶125); John Watts (¶129); Dorothy Whitsett (¶127); Emma Whitt (¶180); Annie Williams (¶130); and Betty Wright (¶137).